```
BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-MJ-00156 GSA |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER FOR CONTINUANCE OF |
| v. ) | PRELIMINARY HEARING |
| ) | |
| ERNEST MORALES, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

    IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Carol Moses, attorney for Ernest Morales, that the preliminary hearing set for August 12, 2011 at 1:30 p.m. be continued to August 29, 2011 at 1:30 p.m.  The parties have been engaged in further investigation that may result in a disposition of the matter negating the need for a preliminary hearing, but need additional time to complete that investigation.  Thus, the parties agree that pursuant to F.R.Crim.P. 5.1(d), the 14 day time limitation set forth in F.R.Crim.P. 5.1(c) will be extended to permit scheduling of the preliminary hearing on August 29, 2011 which takes into account the public interest in prompt disposition of the case.

1     For the reasons set forth above, the parties respectfully
2 request that the preliminary hearing scheduled for August 12, 2011 be
3 moved to August 29, 2011 at 1:30 p.m.

4

5 Dated: August 11, 2011               Respectfully submitted,

6                                       BENJAMIN B. WAGNER
                                      United States Attorney

7

8                         By   /s/ Kimberly A. Sanchez
                            KIMBERLY A. SANCHEZ
                            Assistant U.S. Attorney

9

10 Dated: August 11, 2011              /s/ Carol Moses
                                      CAROL MOSES
                                      Attorney for Ernest Morales

11

12

13 IT IS SO ORDERED.

14 **Dated:   August 11, 2011**               **/s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE