1 **CAROL ANN MOSES #164193**
Attorney at Law
2 545 East Alluvial, Ste. 112
Fresno, California 93720
3 Telephone: (559) 449-9069
Facsimile: (559) 449-9016
4

5 Attorney for Defendant, ERNEST MORALES

6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-mj-00156-GSA |
| ) Plaintiff, ) | STIPULATION TO MODIFY CONDITIONS OF RELEASE AND |
| ) vs. ) | ALLOW REMOVAL OF ELECTRONIC MONITORING DEVICE; |
| ERNEST MORALES, ) | ORDER THEREON |
| ) Defendant. ) | |
| _____) | |

17     IT IS HEREBY STIPULATED by and between Carol Ann Moses, Attorney for

18 Defendant ERNEST MORALES and Benjamin B. Wagner, United States Attorney and Kimberly

19 A. Sanchez, Assistant United States Attorney, that pending the Court's approval, the conditions

20 of release for Defendant ERNEST MORALES shall be modified and he will no

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION TO MODIFY CONDITIONS OF RELEASE
& ALLOW REMOVAL OF ELECTRONIC MONITORING
DEVICE; [PROPOSED] ORDER THEREON      1

longer be required to wear an electronic monitoring device.  Defendant shall follow procedures for removal of the device established through the PreTrial Services office.

Dated: August 19, 2011        /s/ Carol Ann Moses
                              CAROL ANN MOSES
                              Attorney for Ernest Morales

Dated: August 19, 2011        Respectfully submitted,
                              BENJAMIN B. WAGNER
                              United States Attorney


                              By: /s/ Kimberly A. Sanchez
                              KIMBERLY A. SANCHEZ
                              Assistant U.S. Attorney



IT IS SO ORDERED.

**Dated:   August 19, 2011**            /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE