IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>ERNEST MORALES,<br><br>　　　　　Defendant. | 1:11-mj-00156 GSA<br><br>ORDER ON GOVERNMENT'S<br>MOTION TO DISMISS<br>(Fed. R. Crim. P. 48 (a)) |

O R D E R

IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed.

IT IS SO ORDERED.

Dated: **August 25, 2011**　　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1